IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    No.  07 CR 414-1
                                 )
ADAS YASSER ABU,                 )
                                 )
            Defendant.           )

## MEMORANDUM ORDER

Adas Yasser Abu ("Abu") has filed a self-prepared document that he captions "Motion for Reduction of Sentence in Light of the November First 2010 Amendments to the U.S.S.G." That motion reflects a misunderstanding on his part (understandable for a nonlawyer) in two respects:

   1. Under Fed. R. Crim. P. 35 a court has no jurisdiction to reduce a sentence on the motion of a criminal defendant once 14 days have elapsed after the court imposed the original sentence.

   2. As for changes in the Sentencing Guidelines, they are not given retroactive effect unless the Sentencing Commission designates them as retroactive, and none of the November 1, 2010 Guideline amendments has an effective date other than November 1, 2010.

Accordingly there is no occasion to consider any of the matters that Abu asks this Court to consider as a basis for

sentence reduction.  Abu's motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date:  December 16, 2010